**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 22-1950**

_____

EMMANUEL GIBSON,

        Plaintiff - Appellant,

    v.

WALMART; TIFFANY GRAY, Store Manager,

        Defendants - Appellees.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Leonie M. Brinkema, District Judge.  (1:22-cv-00163-LMB-JFA)

_____

Submitted:  June 15, 2023                              Decided:  June 20, 2023

_____

Before DIAZ, RICHARDSON, and HEYTENS, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Emmanuel Gibson, Appellant Pro Se.  Gilda Bethany Ingle, Laura Ann Saracina, LITTLER MENDELSON PC, Tysons Corner, Virginia, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Emmanuel Gibson appeals the district court's order granting Defendants' motion to dismiss his claims of racial discrimination and retaliation under Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e to 2000e-17. We have reviewed the record and discern no reversible error. Accordingly, we affirm the district court's order. *Gibson v. Walmart*, No. 1:22-cv-00163-LMB-JFA (E.D. Va. Aug. 19, 2022). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*
